## Mutual Reserve Fund Life Association v. Philip Mischler, et al.

This case is controlled by the decision in Mutual Reserve Fund Life Assn. v. Bolles, *ante*, p. 242.

Action of assumpsit. Appeal from the Circuit Court of Sangamon County; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the November term, 1903. Reversed. Opinion filed April 20, 1905.

KERRICK & BRACKEN, for appellant; GEORGE BURNHAM, JR., of counsel.

A. G. MURRAY, for appellees.

PER CURIAM.

In this case judgment was rendered by the court below in favor of appellees and against appellant for $420.10, being the amount found to be due upon a certificate of insurance issued to Philip Mischler, June 7, 1879, by the Covenant Mutual Benefit Association, for $2,500. All of the questions involved in this case are considered and determined in the case of Mutual Reserve Fund Life Association v. Chester H. Bolles et al., *ante*, p. 242, and in accordance with the views therein expressed the judgment of the Circuit Court is reversed.

*Reversed.*